Thursday,
June 6.

MORLEY and Another v. FLETCHER.

APPEAL from the *Martin* Circuit Court.

*Per Curiam.* — An appeal from a justice's judgment was taken to the Circuit Court. A motion was sustained to dismiss the appeal. The reasons for such ruling not appearing of record, we must presume in favor of the action of the Court.

The judgment is affirmed, with costs.

*John Baker,* for the appellants.

———————·••·———————

McQUARY and Another v. CASS, Guardian of BALDWIN.

APPEAL from the *Hancock* Common Pleas.

*Per Curiam.* — Aaron *Cass,* guardian of *Martha J.* and *Joseph Baldwin,* sued *Cally McQuary* and *James McQuary,* on a promissory note for the payment of $270 $\frac{60}{100}$. The record shows that process was duly served on the defendants, but they failed to appear, were regularly defaulted, and judgment by default accordingly rendered against them. It does not, however, appear that they moved the Court below to set aside the default. It follows, this appeal can not be sustained. 9 Ind. 236; 13 *id.* 430; *id.* 453.

The judgment is affirmed, with 3 per cent. damages and costs.

*Thos. D.* and *R. L. Walpole,* for the appellant.